**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDGEBROOK BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 15-cv-02759 |
| v. | ) | |
| | ) | Honorable Joan B. Gottschall |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| | ) | Magistrate Judge Sheila Finnegan |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Rule 5.8 and 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff Edgebrook Bank ("Edgebrook"), through its undersigned counsel, respectfully moves for leave to file under seal Edgebrook's Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Exhibit 1 thereto, which are being filed contemporaneously to this motion. In support of its Motion, Plaintiff states as follows:

1.  Local Rule 26.2(b) permits the Court "for good cause shown [to] enter an order directing that one or more documents be restricted."

2.  Under regulations promulgated by the Federal Deposit Insurance Corporation ("FDIC"), 12 C.F.R. § 350 *et seq.* and 12 C.F.R. § 309 *et seq.*, "a bank may not disclose any report of examination or report of supervisory activity or any portion thereof prepared by the FDIC." 12 C.F.R. § 350.9.

3.  Under 205 ILCS 5/48.3 and 38 Ill. Adm. Code 325 *et seq.*, Illinois-chartered banks are limited in their ability to disclose "confidential supervisory information." "Confidential supervisory information" includes "[a]ny report of examination, visitation, or

investigation prepared by the Commissioner . . . any document or record prepared or obtained in connection with or relating to any examination, visitation, or investigation, and any record prepared or obtained by the Commissioner to the extent that the record summarizes or contains information derived from any [such] report, document, or record." 205 ILCS 5/48.3(a). Banks may disclose such confidential supervisory information only to bank officers and directors, attorneys, accountants, persons who seek a controlling interest in or merger with the bank, or the bank's insurance company. 205 ILCS 5/48.3(b).

4.      Edgebrook's Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction references and describes certain confidential content of joint examination reports issued by the FDIC and the Illinois Department of Financial and Professional Regulation ("IDFPR"), as well as non-public letters from the FDIC and IDFPR which contain confidential supervisory information subject to the regulatory provisions cited *supra* at paragraphs 2-3.

5.      Exhibit 1 to the Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction similarly describes and attaches as Exhibits D, E, F, and G confidential communications between Edgebrook, the FDIC, and the IDFPR describing the FDIC's and IDFPR's confidential supervisory activities.

6.      Because the Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Exhibit 1 thereto contain information that Edgebrook is obligated to keep confidential, pursuant to the above-referenced federal regulations and Illinois statutes, good cause exists for filing such information under seal. Placing the above-referenced information under seal will not prejudice either of the parties and will serve the interests of justice and equity in this case.

For the foregoing reasons, Edgebrook respectfully requests leave of this Court to file under seal portions of: (1) Edgebrook's Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction describing confidential supervisory information, and (2) Exhibit 1 thereto.

Dated: March 31, 2015                              Respectfully submitted,


                                                  By: /s/ Robert L. Michels


                                                  Robert L. Michels
                                                  Joseph L. Motto
                                                  Mary McCarthy
                                                  Winston & Strawn LLP
                                                  35 W. Wacker Drive
                                                  Chicago, IL 60601
                                                  Tel: (312) 558-5600
                                                  rmichels@winston.com
                                                  jmotto@winston.com
                                                  mmccarthy@winston.com

                                                  Benjamin P. Shapiro
                                                  (*Pro Hac Vice Forthcoming*)
                                                  Law Offices of Benjamin P. Shapiro
                                                  Deerfield, IL 60015
                                                  (847) 373-9945
                                                  Benshapirolaw@gmail.com

                                                  *Attorneys for Plaintiff Edgebrook Bank*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that on March 31, 2015, a copy of the foregoing was electronically filed with the Clerk of the Northern District of Illinois of the United States District Court using the CM/ECF system. A true and correct copy of the foregoing was served on March 31, 2015 via messenger and email on:

Timothy E. Divis
Federal Deposit Insurance Corporation
300 South Riverside Plaza, Suite 1700
Chicago, Illinois 60606
TDivis@fdic.gov

By: <u>/s/ Mary McCarthy</u>
One of the attorneys for Plaintiff