**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDGEBROOK BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-2759 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | Magistrate Judge Sheila Finnegan |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE DOCUMENTS UNDER SEAL (AGREED)**

Defendant Federal Deposit Insurance Corporation ("FDIC"), by its attorneys and pursuant to Local Rules 5.8 and 26.2 of the United States District Court for the Northern District of Illinois, respectfully moves for leave to file under seal its Response to Plaintiff Edgebrook Bank's Motion for Temporary Restraining Order and Preliminary Injunction and Exhibits A and B thereto, which are being filed contemporaneously herewith. In support of its Motion, the FDIC states as follows:

1.       Local Rule 26.2(b) provides that "[t]he court may for good cause shown enter an order directing that one or more documents be filed under seal."

2.       This lawsuit concerns confidential supervisory information pertaining to an Illinois-chartered bank. Both Illinois and federal law restrict the disclosure of such information. 205 ILCS 5/48.3 & 38 Ill. Admin. Code 325 *et seq.*, 12 C.F.R. § 350 et seq. & 12 C.F.R. § 309 *et seq.*

3.       Plaintiff sought leave to file under seal its memorandum in support of its motion and the exhibit thereto, on the ground that those documents referenced and described certain

confidential content of joint examination reports issued by the FDIC and the Illinois Department of Financial and Professional Regulation, Division of Banking ("Division"), as well as non-public communications between Plaintiff, the Division and FDIC that contain confidential supervisory information. (Doc. No. 7.) The FDIC consented to Plaintiff's motion, and the Court granted it. (Doc. No. 17.)

4.      The FDIC's Response and the Exhibits thereto also reference and describe confidential content of joint examination reports issued by the FDIC and the Division and non-public communications between Plaintiff, the Division and FDIC that contain confidential supervisory information, including certain personally identifiable information.

5.      Accordingly, good cause exists for filing these documents under seal. Placing the above-referenced documents under seal will not prejudice either of the parties and will serve the interests of justice and equity in this lawsuit.

6.      Plaintiff has consented to the relief sought in this Motion.

WHEREFORE, Defendant Federal Deposit Insurance Corporation respectfully requests that this Court enter an order granting it leave to file under seal its Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Exhibits A and B thereto.

Dated: April 10, 2015                          Respectfully Submitted,

                                               /s/*John W. Guarisco*_____
                                               John W. Guarisco (#6229369)
                                               Counsel
                                               Federal Deposit Insurance Corporation
                                               3501 Fairfax Drive, D-7056
                                               Arlington, VA 22226
                                               Tel.: 703.562.2077
                                               Fax:  703.562.2481
                                               jguarisco@fdic.gov

                                               Larry L. Goodman – Virginia Bar No. 32621
                                               Counsel

Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7040
Arlington, VA  22226
Tel.:  703.562.2385
Fax:  703.562.2477
lagoodman@fdic.gov

*Attorneys for Federal Deposit Insurance Corporation*

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April 2015, I will electronically file an exact and true copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/*John W. Guarisco*_____
 John W. Guarisco